IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,                        )
                                         )      2:07-cv-02407-GEB-JFM
                 Plaintiff,              )
                                         )
           v.                            )      ORDER RE: SETTLEMENT
                                         )      AND DISPOSITION
JAMES RODNEY MCGINNIS, D.C.;             )
DANIEL J. FORRESTALL, d/b/a              )
The Resume Specialist; MOSS              )
GARDENS, LLC, a California Limited       )
Liability Company,                       )
                                         )
                 Defendants.             )
_____)

          On March 21, 2008, Plaintiff filed a Notice of Settlement
in which he states "the parties have settled this action" and
"[d]ispositional documents will be filed within (20) calendar days."
Therefore, a dispositional document shall be filed no later than
April 10, 2008.  Failure to respond by this deadline may be construed
as consent to dismissal of this action without prejudice, and a
dismissal order could be filed.  See L.R. 16-160(b) ("A failure to
file dispositional papers on the date prescribed by the Court may be
grounds for sanctions.").

          IT IS SO ORDERED.

Dated:  March 26, 2008

                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge

1